IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, ET AL. <br><br> Plaintiffs, <br><br> v. <br><br> EDWARDS DECORATING CORP., an Illinois corporation, <br><br> Defendant. | ) <br> ) <br> ) No. 20-cv-3561 <br> ) <br> ) Judge Bucklo <br> ) <br> ) Magistrate Mcshain <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COME the Plaintiffs, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, ET AL, by counsel, and hereby dismiss this action against Defendants, EDWARDS DECORATING CORP., an Illinois corporation, without prejudice pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

In support thereof, Plaintiffs state:

1. Plaintiffs filed their Complaint on June 18, 2020.

2. Defendants not having answered, Plaintiffs may voluntarily dismiss the case without prejudice.

**WHEREFORE**, Plaintiffs give this notice, dismissing the case without prejudice.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.,**

s/ Paul M. Egan
One of Their Attorneys

Donald D. Schwartz
James R. Anderson
Paul M. Egan
Brian C. James
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Ste. 600
Chicago, IL 60601
(312) 236-0415

## CERTIFICATE OF SERVICE

    I, Paul M. Egan, an attorney, certify that I caused the foregoing Notice of Voluntary Dismissal to be mailed via First Class Mail service, proper postage prepaid to the party listed below this 6th day of October, 2020.

Edwards Decorating Corp.<br>
c/o Rudy Luevano, its Registered Agent<br>
16151 Weber Road, Suite 204<br>
Crest Hill, Illinois 60403

on this 6th day of October, 2020

                                              s/ Paul M. Egan
                                              ARNOLD AND KADJAN, LLP
                                              35 E. Wacker Drive, Suite 600
                                              Chicago, IL 60601
                                              312-236-0415